UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| EQUIPAV S.A. PAVIMENTAÇÃO, ENGENHARIA E COMERCIA LTDA.,<br><br>Petitioner,<br><br>- against -<br><br>SILMAR ROBERTO BERTIN,<br><br>Respondent. | **ORDER**<br><br>22 Civ. 4594 (PGG) |

PAUL G. GARDEPHE, U.S.D.J.:

The initial pre-trial conference in this matter currently scheduled for September 8, 2022 is adjourned to **September 22, 2022 at 11:00 a.m.** in Courtroom 705 of the Thurgood Marshall U.S. Courthouse, 40 Foley Square, New York, New York.

By **September 15, 2022**, the parties will submit their proposed Case Management Plan and joint letter in accordance with this Court's previous order.  (See Dkt. No. 15)

Dated:  New York, New York
            September 1, 2022

SO ORDERED.

*Paul S. Gardephe*
Paul G. Gardephe
United States District Judge