# Exhibit 2

<div style="text-align:center">

Law Offices Of
## ALAN S. BRODHERSON
The Bar Building
36 West 44th Street, Suite 1412
New York, New York 10036

</div>

---

| Facsimile | Telephone | E-Mail |
|---|---|---|
| (212) 869-1091 | (212) 764-4044 | alan@brodhersonlaw.com |
| Member, NY and DC Bar | | |

November 3, 2022

VIA EMAIL DELIVERY
(tara.plochocki@lbkmlaw.com)

Tara Jordan Plochocki, Esq.
Lewis Baach Kaufmann Middlemiss PLLC
1101 New York Avenue, N.W., Suite 1000
Washington, DC 20005

  Re: Equipav v. Silmar Robert Bertin
     <u>Case No. 1:22-cv-04594-PGG</u>

Dear Ms. Plochocki:

  This office represents Morgan Stanley Smith Barney LLC ("Morgan Stanley"). We are writing in connection with the order of attachment, dated July 14, 2022, which was entered in the above-referenced matter (the "Order"), which was served upon Morgan Stanley & Co., Inc. ("MS&Co.") (Morgan Stanley and MS&Co., collectively, the "Firm").

  Morgan Stanley has identified one account, account number 711-XXX835 (the "Account"), in which Morgan Stanley has reason to believe that the respondent, Silmar Roberto Bertin, has an interest. As of the current date, the value of the Account is $12,620.65 and the holdings therein consist of either money market funds and/or bank deposits.

  If you have any further identifying information for Mr. Bertin, such as a passport number, Brazilian ID number or Brazilian National Tax Number, it would aid us in making a definitive determination with respect to the interest in the Account of the respondent.

  In the interim, and pending further order of the Court, Morgan Stanley has in fact restrained the Account.

<div style="margin-left:50%">

Sincerely,

*Alan Brodherson*

Alan S. Brodherson

</div>

Cc: Gary Edward Davidson, Esq.
   (via email to gdavidson@diazreus.com)