

**DIAZ, REUS & TARG, LLP**
MIAMI OFFICE
100 S.E. 2nd Street
3400 Miami Tower
Miami, Florida 33131

Tel: (305) 375-9220
Fax: (305) 375-8050
www.diazreus.com

November 9, 2023

**Via ECF**

Hon. Paul G. Gardephe
United States District Court
Southern District of New York
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, NY 10007

      Re:    **Equipav S.A. Pavimentacao, Engenharia E Comercio LTDA. V. Simar Roberto Bertin**
            **CASE NO. 1:22-cv-04594-PGG**

            **Order to Show Cause Dated October 30, 2023**

Dear Judge Gardephe:

      Respondent, Silmar Roberto Bertin, does not oppose entry of an order by the Court confirming the Order of Attachment entered on July 14, 2022, as to funds held by garnishee Morgan Stanley.

                                                  Respectfully submitted,

                                                  Gary Davidson (*Pro Hac Vice*)
                                                  Florida Bar No. 69094
                                                  Prince-Alex Iwu
                                                  New York Bar No. 5856406

cc:     All counsel of record (Via CM/ECF)