UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

EQUIPAV S.A. PAVIMENTÇÃO,
ENGENHARIA E COMERCIO LTDA.,

                Petitioner,

- against -

SILMAR ROBERTO BERTIN,

                Respondent.

**ORDER**

22 Civ. 4594 (PGG)

---

PAUL G. GARDEPHE, U.S.D.J.:

      The hearing in this matter currently scheduled for November 30, 2023, is adjourned sine die. The Court will issue an order on the pending issues shortly.

Dated: New York, New York
       November 15, 2023

SO ORDERED.

*[signature]*

Paul G. Gardephe
United States District Judge