**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------X
EQUIPAV S.A. PAVIMENTÇÃO,
ENGENHARIA E COMERCIO LTDA.,

                      Petitioner,

        -against-                                22 **CIVIL** 4594 (PGG)

                                              <u>**JUDGMENT**</u>

SILMAR ROBERTO BERTIN,

                      Respondent.
------------------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED AND DECREED:**  That for the reasons stated in the Court's Memorandum Opinion & Order dated January 18, 2024, the Petition to confirm the arbitration award (Dkt. No. 2) is granted as set forth above. Bertin's motion to dismiss or for a stay (Dkt. No. 49) is denied. The July 14, 2022 order of attachment issued by this Court is confirmed in the amount of $12,620.65, representing the funds held by garnishee Morgan Stanley. Judgment is entered for Petitioner and the case is closed.

**Dated:**  New York, New York

        January 18, 2024

                                      **RUBY J. KRAJICK**
                                      **Clerk of Court**

                    **BY:**

                          _____
                                  **Deputy Clerk**