| U.S. Department of Justice | PROCESS RECEIPT AND RETURN |
|---|---|
| United States Marshals Service | See "Instructions for Service of Process by U.S. Marshal" |

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| Equipav S.A. Pavimentacao, Engenharia e Comercia Ltda. | 1:22-cv-04594 |
| DEFENDANT | TYPE OF PROCESS |
| Silmar Roberto Bertin | Writ of Execution |

**SERVE AT**

NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Morgan Stanley Smith Barney LLC

ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
1585 Broadway New York, NY 10036

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

James MacFadyen
Lewis Baach Kaufmann Middlemiss PLLC
10 Grand Central, 155 East 44th St., 25th Floor
New York, NY 10017

| Number of process to be served with this Form 285 | 1 |
| Number of parties to be served in this case | 1 |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):

Counsel for Morgan Stanley Smith Barney LLC has indicated that the sum specified in the Writ of Execution ($12,620.65) resides in an account at Morgan Stanley (no. 711-XXX835) in which Silmar Roberto Bertin maintains an interest, and which is currently restrained (see ECF No. 45-2, attached). Mr. Bertin has admitted that this is his account and that he opened it in 2016 (see ECF No. 41, also attached).

| Signature of Attorney other Originator requesting service on behalf of: | ☒ PLAINTIFF | TELEPHONE NUMBER | DATE |
| /s/ Tara J. Plochocki | ☐ DEFENDANT | 202-659-7217 | 3/20/2024 |

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. (Sign only for USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin No. 054 | District to Serve No. 054 | Signature of Authorized USMS Deputy or Clerk | Date 3/20/2024 |

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☒ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc. at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (See remarks below)

| Name and title of individual served (if not shown above) | Date | Time | ☒ am |
| Dean Trevisano | 3/29/2024 | 1030 | ☐ pm |

Address (complete only different than shown above)

Signature of U.S. Marshal or Deputy

Costs shown on attached USMS Cost Sheet >>

**REMARKS**

Documents were Accepted by Dean Trevisano.

Hour - 1 × $65 = $65
Miles - 12 × $.67 = $8.04
$73.04

I hereby certify & return that I have not received any funds for case number 22 Civ 4594.

Judgment: Unsatisfied

Ralph Sozio, United States Marshal

New York, NY

Dated: 5/28/2024

By: Kristen Hutchinson
Civil Process Specialist

2024 JUN -5 PM 2:17
SDNY PRO SE OFFICE
RECEIVED